Thomas N. Petersen, CSB # 103037
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., by and through her Guardian ad Litem, David Sisco; DAVID SISCO; and KATHLEEN WILDER,<br><br>Plaintiffs,<br><br>v.<br><br>WEED UNION ELEMENTARY SCHOOL DISTRICT, LEEANNA RIZZO, ALISA CUMMINGS, COUNTY OF SISKIYOU, and DEPUTY SHERIFF CARL HOUTMAN,<br><br>Defendants. | Case No. 13-cv-01211-JAM-DAD<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF M.S.** |

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for M.S..

THE COURT ORDERS that David Sisco is hereby appointed as the guardian ad litem for M.S. for the reasons set forth in plaintiff's Ex Parte Application to Appoint

ORDER                                                            -1-

Guardian ad Litem.

DATED this 18th day of June, 2013.

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

ORDER                                              -2-