**WILLIAM D. AYRES, SBN 098901**
**AYRES LAW OFFICE**
**1330 West Street, Suite C**
**Redding, CA  96001**
**Telephone: (530) 229-1340**
**Fax: (530) 229-1345**
**Email: wda@ayreslaw.net**

**Attorney for Defendants WEED UNION ELEMENTARY SCHOOL DISTRICT, LEEANNA RIZZO, AND ALISSA CUMMINGS**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. S., ET AL., | Case No. 2:13-CV-01211-JAM-DAD |
| Plaintiffs, | |
| | STIPULATION AND ORDER EXTENDING TIME TO APPEAR |
| vs. | [Local Rule 144 (a)] |
| WEED UNION ELEMENTRY SCHOOL DISTRICT, ET AL., | |
| Defendants | |

WHEREAS, defendants WEED UNION ELEMENTARY SCHOOL DISTRICT and LEEANNA RIZZO, were each served with the Summons and Complaint herein on June 20, 2013, and ALISA CUMMINGS was not served until July 11, 2013 via acceptance of service by her counsel.

WHEREAS, defendants COUNTY OF SISKIYOU and DEPUTY SHERIFF CARL HOUTMAN, were each served with the Summons and Complaint herein on June 20, 2013;

1  WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 12(a), the
2 original time to respond to the complaint for defendants WEED UNION ELEMENTARY
3 SCHOOL DISTRICT, LEEANNA RIZZO, the COUNTY OF SISKIYOU and DEPUTY
4 SHERIFF CARL HOUTMAN would expire on July 11, 2013 and the time to respond to the
5 complaint for defendant ALISSA CUMMINGS is August 1, 2013;

6  WHEREAS, before defendant ALISA CUMMINGS was served the parties
7 agreed to extend the time to respond to the complaint from July 11, 2013 to August 8, 2013 by
8 stipulation and said stipulation was filed on July 1, 2013;

9  WHEREAS, after defendant ALISA CUMMINGS was served, the parties held
10 a joint meet and confer conference on July 18, 2013, pursuant to Federal Rules of Civil
11 Procedure, Rule 26.

12  WHEREAS, during the meet and confer conference between the parties on July
13 18, 2013, the parties discussed the resolution of pleading issues; exchanged case citations
14 relevant to the pleading issues discussed; discussed exchanging documentation and processes
15 to expedite discovery of educational records and law enforcement records; discussed Initial
16 Disclosures; and during that meet and confer conference the parties agreed there was good
17 cause for a further extension of time to respond to the complaint.

18  NOW THEREFORE IT IS STIPULATED between plaintiffs and defendants WEED
19 UNION ELEMENTARY SCHOOL DISTRICT, LEEANNA RIZZO, ALISA CUMMINGS,
20 the COUNTY OF SISKIYOU and DEPUTY SHERIFF CARL HOUTMAN that said
21 defendants' time to respond to the complaint herein is extended to August 28, 2013 pursuant to
22 Local Rule 144(a).

23 Dated: July 18, 2013                    AYRES LAW OFFICE

24                                         By:  /s/ Willaim D. Ayres
25                                              William D. Ayres
26                                              Attorneys for Defendants
                                                Weed Union Elementary School District,
27                                              Leeanna Rizzo, and Alisa Cummings
28

29 Dated:  July 18, 2013                   BLACK, CHAPMAN, WEBBER & STEVENS
30                                         By:  /s/ Thomas N. Peterson
31                                              Thomas N. Peterson
                                                Attorneys for Plaintiffs

2

*M.S., et al, v. Weed, et al*: STIPULATION AND ORDER EXTENDING TIME TO APPEAR

Dated:   July 18, 2013                                PRICE & BROWN

                                              By:  /s/ Philip B. Price
                                                   Philip B. Price
                                                   Attorneys for Defendants
                                                   County of Siskiyou, Deputy Sheriff Carl
                                                   Houtman

### DECLARATION OF WILLIAM D. AYRES

I, William D. Ayres, declare that I am the attorney hired to represent defendants WEED UNION ELEMENTARY SCHOOL, LEEANNA RIZZO, and ALISA CUMMINGS. The recitals above set forth the only time modifications previously requested or obtained in this case. I do not believe the time modifications requested by this stipulation will significantly modify or alter the schedule for this case. The parties have already undertaken a meaningful meet and confer process and I believe the parties will continue in that spirit of mutual cooperation and professional courtesy.

I have obtained the concurrence of Thomas N. Peterson and Phillip B. Price in filing this stipulation and declaration.

I declare, under penalty of perjury under the laws of the State of California, that the matters stated herein are true and correct and this declaration was executed on July 18, 2013 at Redding, California.

                                                   /s/ William D. Ayres
                                                   _____
                                                   William D. Ayres

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Defendants' time to respond to the complaint herein is extended to August 28, 2013.

Dated:  7/23/2013                            /s/ John A. Mendez_____
                                             Honorable John A. Mendez
                                             United States District Court Judge

_____
*M.S., et al, v. Weed, et al*:  STIPULATION AND ORDER EXTENDING TIME TO APPEAR