Thomas N. Petersen, CSB # 103037
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., by and through her Guardian ad Litem, David Sisco; DAVID SISCO; and KATHLEEN WILDER,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WEED UNION ELEMENTARY SCHOOL DISTRICT, LEEANNA RIZZO, ALISA CUMMINGS, COUNTY OF SISKIYOU, and DEPUTY SHERIFF CARL HOUTMAN,<br><br>　　　　　　　　　Defendants. | Case No. 13-cv-01211-JAM-DAD<br><br>**LIMITED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WEED UNION ELEMENTARY SCHOOL DISTRICT ONLY** |

　　　Based upon Plaintiffs' Notice of Request to Dismiss and good cause appearing therefore,

　　　LIMITED JUDGMENT OF DISMISSAL as to defendant Weed Union Elementary School District only is hereby entered without prejudice and without costs to any party.

　　　DATED this 16th day of August, 2013.

　　　　　　　　　　　　　　　　　　／s／ John A. Mendez_____
　　　　　　　　　　　　　　　　　　U. S. District Court Judge

ORDER　　　　　　　　　　　　　　-1-