Thomas N. Petersen, CSB # 103037
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., by and through her Guardian ad Litem, David Sisco; DAVID SISCO; and KATHLEEN WILDER,<br><br>Plaintiffs,<br><br>v.<br><br>LEEANNA RIZZO, ALISA CUMMINGS, COUNTY OF SISKIYOU, and DEPUTY SHERIFF CARL HOUTMAN,<br><br>Defendants. | Case No. 13-cv-01211-JAM-DAD<br><br>**ORDER GRANTING STIPULATION TO RESET HEARING DATE RE DEFENDANTS' COUNTY OF SISKIYOU AND CARL HOUTMAN'S MOTIONS TO DISMISS COMPLAINT AND FOR MORE DEFINITE STATEMENT** |

This matter came before the court on the Stipulation to Reset Hearing Date Re Defendants' County of Siskiyou and Carl Houtman's Motions to Dismiss Complaint and For More Definite Statement. The Court, having reviewed the stipulation and Declaration of Thomas N. Petersen, and good cause appearing therefore, it is hereby

ORDERED that the stipulation is GRANTED. The October 9, 2013 hearing is vacated and is reset to October 23, 2013 at 9:30 a.m.

DATED this 18th day of September, 2013.

/s/ John A. Mendez
U.S. District Court Judge

1

ORDER