# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. S., ET AL.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>WEED UNION ELEMENTARY SCHOOL DISTRICT, ET AL.,<br><br>　　　　　　　　Defendants | Case No. 2:13-CV-01211-JAM-DAD<br><br>**LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS COUNTY OF SISKIYOU AND DEPUTY CARL HOUTMAN ONLY** |

Based upon the Stipulated Motion to Dismiss Defendants County of Siskiyou and Deputy Sheriff Carl Houtman only and good cause appearing therefore,

LIMITED JUDGMENT OF DISMISSAL as to defendants County of Siskiyou and Deputy Car Houtman only is hereby entered with prejudice and without costs to any party.

DATED this 31st day of January, 2014

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez\_\_\_\_\_
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

1

ORDER