Thomas N. Petersen, CSB # 103037
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

M. S., ET AL.,

                Plaintiffs,

vs.

LEEANNA RIZZO, ALISA CUMMINGS,

                Defendants
_____/

Case No. 2:13-CV-01211-JAM-DAD

ORDER GRANTING
EXTENSION OF TRIAL
SCHEDULING ORDER DATES

The Court, having reviewed the Stipulation for Extension of Trial Scheduling Order Dates, and good cause appearing therefore, it is hereby

ORDERED as follows:

(1) Discovery is to be completed by September 15, 2014;

(2) Supplemental Expert Witness Disclosures is due by August 15, 2014;

(3) Joint Statement summarizing all law and motion practice heard by the court is due September 29, 2014;

(4) Filing for Dispositive Motions are due by October 15, 2014;

(5) Dispositive Motions are to be heard by November 15, 2014.

(6) Joint Pretrial Statement due by January 16, 2015.

(7) Pretrial Conference on January 23, 2015 at 11:00 a.m.

1
_____
*M.S., et al, v. Weed, et al  - ORDER*

(8) A 7 day Jury Trial to commence on March 2, 2015 at 9:00 a.m.

DATED this 8th day of May 2014.

/s/ JOHN A. MENDEZ
_____
U.S. District Court Judge

*M.S., et al, v. Weed, et al  - ORDER*