Thomas N. Petersen, CSB # 103037
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. S., ET AL., | Case No. 2:13-CV-01211-JAM-DAD |
| Plaintiffs, | |
| | ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION |
| vs. | |
| LEEANNA RIZZO, ALISA CUMMINGS, | |
| Defendants | |

The Court, having reviewed the Stipulation to Dismiss Entire Action, and good cause appearing therefore, it is hereby

ORDERED as follows:

The case is dismissed with prejudice and without costs or attorney fees to any party.

DATED this <u>4th</u> day of September 2014.

<u>/s/ John A. Mendez</u>
John A. Mendez
U.S. District Court Judge

___

1

___

*M.S., et al, v. Weed, et al  - ORDER*